UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GORSS MOTELS, INC., individually and on behalf of a class of similarly-situated persons,<br><br>Plaintiff,<br>v.<br><br>BRIGADOON FITNESS, INC., BRIGADOON FINANCIAL, INC., and JOHN DOES 1-5,<br><br>Defendants. | No. 1:16-cv-00330-HAB |

## NOTICE OF APPEAL

Plaintiff, Gorss Motels, Inc., hereby files this Notice of Appeal from (1) the Opinion & Order entered in this action on May 20, 2019, denying Plaintiff's Motion for Class Certification (Doc. 96); (2) the Opinion & Order entered November 4, 2019, denying Plaintiff's Motion to Reconsider Denial of Class Certification and Amended Motion for Class Certification (Doc. 126); (3) the Opinion & Order entered May 21, 2020, granting Defendant's Motion for Leave to File Amended Answer and Affirmative Defenses (Doc. 143); (4) the Opinion & Order entered January 26, 2021, to the extent it granted summary judgment to Plaintiff individually, rather than on behalf of the putative class (Doc. 149); and (5) the Judgment entered January 27, 2021, to the extent it entered judgment in favor of Plaintiff individually, rather than on behalf of the putative class (Doc. 150).

Dated: February 25, 2021      Gorss Motels, Inc.,

                            By:   /s/ Ryan M. Kelly
                                 Ryan M. Kelly
                                 ANDERSON + WANCA
                                 3701 Algonquin Road, Suite 500
                                 Rolling Meadows, IL 60008
                                 Telephone: (847) 368-1500 / Fax: (847) 368-1501
                                 Email: rkelly@andersonwanca.com
                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

      s/ Ryan M. Kelly